UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Case No. 15-30127-DHW
Chapter 13

JEANETTE TATUM,

    Debtor.

## ORDER DENYING MOTION TO DISMISS BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 23) under 11 U.S.C. § 1307 to dismiss this case. The matter came on for a hearing on June 13, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is DENIED.

Done this 13th day of June, 2016.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Joshua C. Milam, Attorney for Debtor
   Curtis C. Reding, Trustee